## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 94 C 7363 | **DATE** | 5/17/2004 |
| **CASE TITLE** | USA vs. Philip Somerville | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation recommending that plaintiff's motion for entry of order of garnishment be granted is hereby entered of record.

(11) ■ [For further detail see order attached to the original minute order.]

No notices required, advised in open court.
No notices required. — number of notices: 4
✓ Notices mailed by judge's staff. — MAY 18 2004 date docketed
Notified counsel by telephone.
Docketing to mail notices.
Mail AO 450 form.
✓ Copy to judge/magistrate judge.

courtroom deputy's initials: IS

Date/time received in central Clerk's Office — 2004 MAY 17 PM 3:52

Document Number: 22

DOCKETED
MAY 1 8 2004

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 94 C 7363 |
| ) | |
| v. ) | Judge Suzanne B. Conlon |
| ) | |
| PHILIP SOMERVILLE, ) | Magistrate Judge |
| ) | Martin C. Ashman |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CHICAGO STATE UNIVERSITY, ) | |
| ) | |
| Garnishee. ) | |

## REPORT AND RECOMMENDATION

This case is before the Court on the motion of Plaintiff, United States of America, for entry of an order of garnishment. This matter comes before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1 for a report and recommendation. For the reasons set forth below, the Court finds that Plaintiff's motion should be granted.

On January 19, 1995, judgment in this case was entered in Plaintiff's favor and against Defendant Philip Somerville. As of May 13, 2004, Defendant has an outstanding balance of $39,226.37. A writ of continuing garnishment directed to garnishee was issued on the judgment on April 7, 2004, and was served on Garnishee Chicago State University on April 9, 2004. Garnishee answered, stating that at the time the writ was served, it had in its control wages belonging to and due Defendant. Defendant filed an answer, electing the Illinois wage garnishment exemption of 15%.

22

The Court finds that based upon the answers of Garnishee and Defendant, the United States is entitled to a sum equal to 15% of Defendant's gross wages since the date the writ was served. Further, the United States is entitled to continued payments equal to 15% of Defendant's gross wages for each of Defendant's pay periods until the debt is paid in full.

For these reasons, the Court recommends that the motion of the United States for entry of order of garnishment be granted and that the order of garnishment be entered directing the Garnishee, Chicago State University, to pay to the United States, a sum equal to 15% of Defendant's gross wages since the date of service of the writ. The Garnishee should continue the payments each pay period until the debt to the United States is paid in full or until the garnishee no longer has custody, possession or control of any wages belonging to Defendant, or until further order of the court.

MARTIN C. ASHMAN
United States Magistrate Judge

Dated: May 17, 2004.

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Honorable Suzanne B. Conlon within ten (10) days after service of this Report and Recommendation. *See* Fed. R. Civ. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

MR. JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Attorney for Plaintiff

MR. PHILIP SOMERVILLE
6617 South Minerva Avenue
Chicago, IL 60637

*Pro Se* Defendant

Chicago State University
9501 South King Drive
Cook Administration Building
Room 213
Chicago, IL 60628
Attention: Alicia Dace, Payroll Manager

Garnishee Defendant